United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VII MP SAN FRANCISCO HOTEL OWNER, LLC,<br><br>　　　　Defendant. | Case No. 4:21-cv-00779-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 9 |

On March 15, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: March 16, 2021

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge